Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| CONDOMINIO ALTOMONTE<br><br>V.<br><br>ASOCIACIÓN DE RESIDENTES CONDOMINIO ALTOMONTE<br><br>Peticionario<br><br>V.<br><br>ROBERTO D. ACOSTA MARTIN, WALESKA I. IRIZARRY ROSAS<br><br>Recurrida | TA2025AP00524 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de San Juan<br><br>Civil Núm. SJ2019CV08170<br><br>Sobre: Cobro De Dinero-Ordinario |

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

**SENTENCIA**

En San Juan, Puerto Rico, a 17 de diciembre de 2025.

Evaluada la "Solicitud sobre Desistimiento con Perjuicio por Acuerdo Transaccional entre las Partes" presentada por la parte peticionaria el 16 de diciembre de 2025, se declara con lugar y se dicta sentencia por desistimiento con perjuicio de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83 del Reglamento del Tribunal de Apelaciones, In re Aprob. Enmdas. Reglamento TA, 2025 TSPR 42, págs. 115-117, 215 DPR __ (2025).